UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE H. J.,<br><br>                Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. CV 19-4829-FMO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered reversing and remanding the decision of Commissioner.

DATED: September 18, 2020

                                                    /s/<br>
                                      FERNANDO M. OLGUIN<br>
                                     United States District Judge