UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE H. J., <br> Plaintiff, <br> vs. <br> ANDREW SAUL, Commissioner of Social Security, <br> Defendant. | CASE NO. CV 19-4829-FMO (AGR) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that Judgment is entered for Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of U.S. Magistrate Judge.

DATED: September 18, 2020

/s/
FERNANDO M. OLGUIN
United States District Judge