NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EUGENE HILTON JONES,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>Social Security Administration,<br><br>Defendants. | Case No.: 19-CV-04829-FMO(AGR)<br><br>[~~PROPOSED~~] **ORDER REGARDING EQUAL ACCESS TO JUSTICE ACT FEES** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: October 21, 2020

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE